UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

HOWARD HAWK WILLIS )
 )
v. ) NO. 2:09-CV-116
 ) *Greer/Inman*
DANIEL DRAPER, *et al.* )

## **MEMORANDUM**

This is a *pro se* civil rights complaint under 42 U.S.C. § 1983, filed by a then-prisoner in the Washington County Detention Center, who has since been transferred to a state prison under sentence of death. On May 10, 2010, the Court entered an order, directing the Clerk to send plaintiff a service packet and ordering him to complete and return the packet to the Court within twenty (20) days. [Doc. 14]. Plaintiff was also forewarned that, if he failed to comply with the order in a timely fashion, his case would be dismissed. [*Id.*].

More than six months have passed and plaintiff has failed to return the service packet or otherwise respond to the order.

Therefore, this case will be **DISMISSED** by a separate order for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Lastly, the Court **FINDS** that any appeal from this decision would not

be taken in good faith and, therefore, will also **DENY** plaintiff leave to proceed *in forma pauperis* on appeal. 28 U.S.C. § 1915(a)(3).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
